

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Estate of Marlene Jean Hutchings, Deceased<br><br>No. 06-17-00028-CV | Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. P-18065). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED AUGUST 4, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk